**EXHIBIT A**

```
 1

 2    50-h HEARING
      ---------------------------------------X
 3    In the Matter of the Claim of

 4    MELISSA BUISSON,

 5                              CLAIMANT,

 6           -against-

 7
      NYC COMPTROLLER, CITY OF NEW YORK & NEW
 8    YORK CITY DEPARTMENT OF SANITATION,

 9                              RESPONDENTS.
      ---------------------------------------X
10    File No.: 3009.748
      Claim No.: 2018PI22508
11

12                    DATE: September 17, 2018

13                    TIME: 3:32 P.M.

14

15

16           50-h Hearing of MELISSA BUISSON,

17    the Claimant in the above-entitled matter,

18    pursuant to Statute, held at the offices of

19    Silverman, Shin & Byrne, PLLC, 88 Pine

20    Street, 22nd Floor, New York, New York

21    10005, before a Notary Public of the State

22    of New York.

23

24

25
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 3 of 47 PageID #: 9

2

1

2      A P P E A R A N C E S:

3

4      LAW OFFICES OF BRYAN BARENBAUM, ESQS.
         Attorney for the Claimant
5        2060 Eastern Parkway
         Brooklyn, New York 11207
6        BY: LEONORA BLOOM, ESQ.

7

8

9      SILVERMAN SHIN & BYRNE, PLLC
         Attorneys for Respondent
10       88 Pine Street, 22nd Floor
         New York, New York 10005
11       BY: SOULAFREDA VALASSIS, ESQ.
         File No.: 3009.748
12       Claim No.: 2018PI22508

13

14                  *         *         *
15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 4 of 47 PageID #: 10

3

```
 1                    M. BUISSON
 2   M E L I S S I A   B U I S S O N, called as
 3   a witness, having been first duly sworn by
 4   a Notary Public of the State of New York,
 5   was examined and testified as follows:
 6   EXAMINATION BY
 7   MS. VALASSIS:
 8        Q.    Please state your name for the
 9   record.
10        A.    Melissa Buisson.
11        Q.    What is your address?
12        A.    ████████████████████████████
13   ████████████████.
14        Q.    Afternoon.
15        A.    Afternoon.
16        Q.    My name is Soulafreda Valassis.
17   I am representing the City for today's
18   hearing.
19              I will ask you some questions
20   about your accident and medical treatment
21   you received.
22              If you do not understand my
23   questions, please let me know and I will
24   repeat or rephrase them.
25              I will ask that you wait for me
```

```
 1                      M. BUISSON
 2    to finish asking the entire question before
 3    you begin to answer, and also make sure to
 4    speak your answers instead of just nodding
 5    your head or using your hands.
 6            A.    Okay.
 7            Q.    Please note that your Notice of
 8    Claim cannot be amended orally during this
 9    hearing.
10                  Any changes that you wish to
11    make to the Notice of Claim must be made
12    formally in writing via the appropriate
13    means.
14            A.    Okay.
15                  MS. BLOOM:   Let's go off the
16            record.
17                  (Whereupon, an off-the-record
18            discussion was held.)
19                  MS. BLOOM:   Back on the
20            record.
21            Q.    Do you understand these
22    instructions?
23            A.    Yes.
24            Q.    Do you have photograph ID with
25    you?
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 6 of 47 PageID #: 12

5

1                          M. BUISSON

2          A.     Yes.

3          Q.     May I see it and make a

4    photocopy?

5          A.     Sure.

6          Q.     How long have you been living

7    at the address that you provided the court

8    reporter?

9          A.     Ten years, about.

10         Q.     Do you live with anyone?

11         A.     Yes, both my parents.

12         Q.     What are their names?

13         A.     And my sisters and brother.

14         Q.     What are your parents' names?

15         A.     Nicole Buisson, Edmond Buisson,

16   same last name.

17         Q.     What is your sister's name?

18         A.     Jasmine.

19         Q.     What is your brother's name?

20         A.     Jeffry.

21         Q.     What is your birthday?

22         A.     ███████████.

23         Q.     What is your Social Security

24   number?

25                MS. BLOOM:   Only last four on

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM    INDEX NO. 521973/2018

NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 7 of 47 PageID #: 13    RECEIVED NYSCEF: 01/27/2021

6

```
 1                        M. BUISSON

 2          the record.

 3                   MS. VALASSIS:    That is fine.

 4          A.    ████.

 5          Q.    What is your marital status?

 6          A.    Single.

 7          Q.    Do you have any children?

 8          A.    No children.

 9          Q.    Were you employed around the

10     time of the accident?

11          A.    Yes.

12          Q.    Who were you employed by?

13          A.    Greater New York Home Care

14     Agency and Helping You.

15          Q.    And Helping You?

16          A.    Yes, two different agency.

17          Q.    What type of work were you

18     doing?

19          A.    I do private home care.  I am

20     an RN.

21          Q.    Did you miss any time from work

22     because of the accident?

23          A.    Yes.

24          Q.    How much time did you miss?

25          A.    Seven days.
```

```
 1                        M. BUISSON

 2          Q.    Were you paid for the missed

 3     time?

 4          A.    Yes.

 5                MS. VALASSIS:   Is there a

 6          claim for lost wages, Counsel?

 7                MS. BLOOM:   I would have to

 8          call the attorney of record to find

 9          out.

10                MS. VALASSIS:   Let's go off

11          the record.

12                (Whereupon, an off-the-record

13          discussion was held.)

14                MS. VALASSIS:   Back on the

15          record.

16          Q.    What were you earning at the

17     time of the accident, either weekly,

18     biweekly or hourly?

19          A.    $980 weekly.

20          Q.    What is your highest level of

21     education?

22          A.    Registered nurse.

23          Q.    Did the accident take place on

24     June 27, 2018?

25          A.    Yes.
```

```
 1                        M. BUISSON

 2        Q.    Were you a driver or passenger?

 3        A.    Passenger.

 4        Q.    Who was the driver?

 5        A.    An Uber driver.

 6              MS. VALASSIS:   I will ask that

 7        we leave a blank in the record for

 8        that.

 9        _____

10        _____.

11        Q.    If you can find that out later,

12   I will ask that you fill that in.

13        A.    Okay.

14        Q.    Do you have a driver's license?

15        A.    Yes.

16        Q.    Is that from New York State?

17        A.    Yes.

18        Q.    Does your license require the

19   use of glasses, contacts, hearing aids or

20   anything like that?

21        A.    No.

22        Q.    Where were you seated?

23        A.    Behind the driver in the back

24   seat.

25        Q.    Was anyone else in the vehicle?
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM    INDEX NO. 521973/2018

NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 10 of 47 PageID #: 16    RECEIVED NYSCEF: 01/27/2021

9

```
 1                          M. BUISSON

 2          A.    No.

 3          Q.    Do you know the make or model

 4    of the vehicle?

 5          A.    Black Toyota.

 6          Q.    Do you know the year?

 7          A.    No.

 8          Q.    Do you know who owns the

 9    vehicle, if it was the driver or someone

10    else?

11          A.    No.

12          Q.    Did you consume any alcohol in

13    the twenty-four hours prior to the

14    accident?

15          A.    No.

16          Q.    Did you take any medication

17    that day prior to the accident?

18          A.    No.

19          Q.    Was there any medication that

20    you were supposed to take but failed to

21    take?

22          A.    No.

23          Q.    Did you take any medication

24    before today's hearing that would affect

25    your ability to testify?
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM INDEX NO. 521973/2018

NYSCEF DOC. NO. 25 Case 1:21-cv-02534-AMD-LB Document 1-1 Filed 05/06/21 Page 11 of 47 PageID #: 17 RECEIVED NYSCEF: 01/27/2021

10

```
 1                       M. BUISSON
 2          A.    No.
 3          Q.    Where were you coming from at
 4   that time?
 5          A.    Home.
 6          Q.    Where were you headed?
 7          A.    Work.
 8          Q.    What was your work address?
 9          A.    130 29th Street, Brooklyn, New
10   York.
11          Q.    What time did the accident take
12   place?
13          A.    8:10.
14          Q.    Is that a.m.?
15          A.    P.m.
16          Q.    When time were you expected at
17   work?
18          A.    9:00.
19          Q.    Were you in a rush to get to
20   work?
21          A.    No.
22          Q.    What was the weather like at
23   that time?
24          A.    Dry, clear.
25          Q.    Were the roads dry?
```

```
 1                      M. BUISSON
 2        A.    Yes.
 3        Q.    Where did the accident take
 4   place?
 5        A.    Nostrand and Beverly.
 6        Q.    Was the vehicle that you were
 7   in traveling in on Nostrand or on Beverly
 8   Road?
 9        A.    On Beverly.
10        Q.    Did the accident take place in
11   the intersection, before the intersection
12   or after the intersection?
13        A.    Before the intersection.
14        Q.    Is Beverly a one- or two-way
15   street at that location?
16        A.    Two way.
17        Q.    How many travel lanes are there
18   on each side?
19        A.    What do you mean?
20        Q.    Is there just one lane for
21   vehicles to travel in each direction, are
22   there two lanes on each side of the street?
23        A.    There is one lane, one going
24   this way and one going that way
25   (indicating).
```

```
 1                      M. BUISSON
 2         Q.      Are there parking lanes on
 3    Beverly?
 4         A.      Meaning are their cars parked
 5    on the side?
 6         Q.      Are there designated parking
 7    lanes?
 8         A.      Yes.
 9         Q.      Were vehicles parked there at
10    the time of the accident?
11         A.      Yes.
12         Q.      Were vehicles parked on both
13    sides of the street?
14         A.      Yes.
15         Q.      Is the roadway of Beverly Road
16    level or is there an incline or decline at
17    that specific location?
18         A.      Level.
19         Q.      Does the roadway travel
20    straight or does it curve at all?
21         A.      Straight.
22         Q.      At the time of the accident,
23    was the vehicle that you were in moving or
24    stopped?
25         A.      Stopped.
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM
NYSCEF DOC. NO. 25

1                    M. BUISSON

2        Q.    For what purpose was it

3    stopped?

4        A.    A red light.

5        Q.    Can you estimate how long the

6    vehicle was stopped prior to the accident?

7        A.    I would say like forty-five

8    seconds to a minute.

9        Q.    Once the vehicle came to a

10   stop, did it move again at all before the

11   accident happened or did it just remain

12   stopped?

13       A.    It just remained stopped.

14       Q.    Can you describe the manner in

15   which the vehicle came to a stop, gradual,

16   sudden stop?

17       A.    Gradual.

18       Q.    Was there any conversation

19   between you and the driver prior to the

20   accident?

21       A.    No.

22       Q.    Where were you looking right

23   before the accident happened?

24       A.    Straight.

25       Q.    Was there any construction in

```
 1                    M. BUISSON
 2    the area of the accident?
 3         A.    No.
 4         Q.    Were you wearing a seatbelt?
 5         A.    Yes.
 6         Q.    Did the seatbelt come across
 7    your shoulder, lap or both?
 8         A.    Both.
 9         Q.    Do you know if the driver was
10    wearing a seatbelt?
11         A.    Yes.
12         Q.    Can you describe the other
13    vehicle that was involved in the accident?
14         A.    New York City Sanitation truck.
15         Q.    What color was it?
16         A.    White.
17         Q.    Did it have --
18         A.    The green logo, yes.
19         Q.    Did you see the sanitation
20    truck at all before the accident happened,
21    even if it was just for a split second?
22         A.    No.
23         Q.    How did you first realize there
24    was an accident?
25               Did you see something, hear
```

```
 1                        M. BUISSON
 2    something, feel something?
 3           A.    I felt.
 4           Q.    What part of the Uber vehicle
 5    was involved in the accident?
 6           A.    What part of the -- the back I
 7    would assume, we got hit from the buck.
 8           Q.    Do you know if it was the
 9    entire rear, center or side?
10           A.    The entire rear.
11           Q.    What part of the sanitation
12    truck was involved in the accident?
13           A.    The front.
14           Q.    Do you know if it was the
15    entire front or just a portion?
16           A.    I would say it was the entire
17    front.
18           Q.    How would you describe the
19    impact, light, medium, heavy or some other
20    word?
21           A.    Heavy.
22           Q.    As a result of the impact, did
23    the vehicle that you were in move in any
24    direction?
25           A.    Yes.
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM    INDEX NO. 521973/2018
NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 17 of 47 PageID #: 23    RECEIVED NYSCEF: 01/27/2021

16

```
 1                    M. BUISSON

 2         Q.    What direction did it move?

 3         A.    Straight.

 4         Q.    Can you estimate how far it

 5    moved?

 6         A.    A foot, I would say.

 7         Q.    Before the accident happened,

 8    did you hear the sound of any horns?

 9         A.    No.

10         Q.    Before the accident happened,

11    did you hear the sound of any screeching

12    tires or brake sounds?

13         A.    No.

14         Q.    Did the airbags deploy?

15         A.    No.

16         Q.    Do you know if the vehicle was

17    equipped with airbags?

18         A.    No.

19         Q.    As a result of the impact, did

20    any part of your body come into contact

21    with the inside of the car?

22         A.    Yes.

23         Q.    What part of your body was

24    that?

25         A.    My back and neck and my right
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 18 of 47 PageID #: 24

17

```
 1                      M. BUISSON
 2   foot, I would say.
 3        Q.    What did your neck come into
 4   contact with?
 5        A.    The back seat.
 6        Q.    What did your back come into
 7   contact with?
 8        A.    The back seat.
 9        Q.    What about your right foot?
10        A.    When I pressed down, I would
11   say the floor of the car.
12        Q.    Were you bleeding after the
13   accident?
14        A.    No.
15        Q.    Did you lose consciousness?
16        A.    No.
17        Q.    Did the driver say anything to
18   give a warning right before the accident
19   happened?
20        A.    No.
21        Q.    Were there any vehicles stopped
22   ahead of you at the light?
23        A.    No.
24        Q.    Did the light change from
25   red to any other color prior to the
```

18

```
 1                    M. BUISSON
 2     accident?
 3            A.    No.
 4            Q.    Were there any witnesses to
 5     the accident, other than the drivers and
 6     passengers involved?
 7            A.    No.
 8            Q.    Were you eating or drinking
 9     anything at the time of the accident?
10            A.    No.
11            Q.    Were you smoking?
12            A.    No.
13            Q.    Was the driver of your vehicle
14     eating or drinking anything?
15            A.    No.
16            Q.    Was the driver smoking?
17            A.    No.
18            Q.    Was the cars radio on or off at
19     the time of the accident?
20            A.    Off.
21            Q.    Were you using a cell phone at
22     the time of the accident?
23            A.    No.
24            Q.    Was the driver using a cell
25     phone?
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 20 of 47 PageID #: 26

19

```
 1                        M. BUISSON

 2          A.    No.

 3          Q.    Did you exit the vehicle at all

 4    after the accident at the scene of the

 5    accident?

 6          A.    Yes.

 7          Q.    Did you get out on your own or

 8    did you need assistance?

 9          A.    I got out on my own.

10          Q.    Did you or anyone else take

11    any photographs at the scene of the

12    accident?

13          A.    Yes.

14          Q.    Who took the photographs?

15          A.    I did and my dad did when he

16    came to the scene.

17          Q.    Did either of the drivers take

18    photographs?

19          A.    I'm not sure.

20          Q.    The photographs that you and

21    your dad took, do you know if they were

22    provided to your attorneys?

23          A.    Yes.

24          Q.    Both photographs that you and

25    your father took?
```

```
 1                    M. BUISSON

 2         A.    Yes.

 3               MS. VALASSIS:   I will call for

 4         production of the photographs.

 5               MS. BLOOM:   Under advisement.

 6               Please make your demands in

 7         writing.

 8         Q.    Did you observe any damage to

 9   the Uber vehicle after the accident?

10         A.    Yes.

11         Q.    Can you describe the damage?

12         A.    A dent, scratches, marks.

13         Q.    Where were the scratches and

14   marks, to what part of the vehicle?

15         A.    The bumper, the back.

16         Q.    Did you look to see if there

17   was any damage to the sanitation truck?

18         A.    Yes, I didn't see any.

19         Q.    Did the driver of the Uber say

20   anything or give you any information

21   regarding how the accident happened?

22         A.    No.

23         Q.    Did you speak to the driver of

24   the sanitation truck after the accident?

25         A.    No, not really.
```

```
 1                          M. BUISSON

 2                   He just apologized, but

 3       we didn't really speak.

 4            Q.    Did the driver give you

 5       any information regarding the accident

 6       details?

 7            A.    No.   Just made sure that we

 8       were okay.

 9            Q.    Was there a passenger in the

10       sanitation truck?

11            A.    No.

12            Q.    Did police officers come to the

13       scene of the accident?

14            A.    Yes.

15            Q.    Do you know who called the

16       police?

17            A.    I did.

18            Q.    Did you give the officers a

19       statement regarding how the accident

20       happened?

21            A.    Yes.

22            Q.    What did you tell them?

23            A.    We were standing at the red

24       light and the truck just came from behind

25       and hit us.
```

```
 1                      M. BUISSON
 2          Q.    Did you overhear the driver of
 3    the sanitation truck speaking to the police
 4    or anyone else at the scene of the
 5    accident?
 6          A.    No.
 7          Q.    Did you hear the driver of the
 8    Uber vehicle speaking with the police at
 9    the scene of the accident?
10          A.    No.
11          Q.    Did the police issue any
12    traffic tickets?
13          A.    I am not sure.
14          Q.    Did you make any complaints of
15    pain to the police officers?
16          A.    Yes.
17          Q.    What part of your body did you
18    complain about?
19          A.    My neck, back, shoulder and
20    ankle.
21          Q.    Which shoulder?
22          A.    Both.
23          Q.    Which ankle?
24          A.    Right.
25          Q.    Were you asked if you wanted an
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 24 of 47 PageID #: 30

23

```
 1                    M. BUISSON

 2     ambulance?

 3          A.    Yes.

 4          Q.    What did you say?

 5          A.    Yes.

 6          Q.    What hospital were you taken

 7     to?

 8          A.    Kings County.

 9          Q.    Did anyone else go to the

10     hospital?

11          A.    No.

12          Q.    When you left the scene of

13     the accident, were the vehicles still

14     there?

15          A.    Yes.

16          Q.    Do you know if either vehicle

17     was towed?

18          A.    I'm not sure.

19          Q.    Did you ever speak to the

20     driver of the Uber after that day?

21          A.    No.

22          Q.    What part of your body did you

23     complain about at the emergency room that

24     day?

25          A.    Both shoulders, neck, upper to
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 25 of 47 PageID #: 31

24

```
 1                    M. BUISSON

 2     mid-back area.

 3              My knee and right ankle.

 4         Q.    Which knee?

 5         A.    Both knees.

 6         Q.    Were x-rays or CAT scans taken

 7     at the emergency room?

 8         A.    No.

 9         Q.    Were you given any brace or

10     bandage at the hospital that day?

11         A.    No.

12         Q.    Were you prescribed any

13     medication?

14         A.    Yes.

15         Q.    What were you prescribed?

16         A.    Aacetaminophen, 500 milligrams

17     and a muscle relaxer.

18         Q.    Do you know the name of the

19     muscle relaxer?

20         A.    No.

21              MS. VALASSIS:   I will ask that

22         we leave a blank in the record for

23         that.

24         _____

25         _____.
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM INDEX NO. 521973/2018
NYSCEF DOC. NO. 25 RECEIVED NYSCEF: 01/27/2021

```
 1                    M. BUISSON
 2         Q.    If you can find that out later,
 3    I will ask that you fill that in.
 4         A.    Okay.
 5         Q.    Did you have the medication
 6    filled at a pharmacy?
 7         A.    Yes.
 8         Q.    What pharmacy did you use?
 9         A.    CVS Pharmacy on Nostrand
10    between Winthrop and Park Side.
11         Q.    Is there any other treatment
12    that you received at that hospital that
13    day?
14         A.    No.
15         Q.    Where is the next place that
16    you went for treatment after that?
17         A.    Therapy.
18         Q.    Do you know the name of the
19    facility?
20         A.    No, but can I get it.
21         Q.    That is fine.
22         A.    I think I have the card.
23         Q.    Okay.
24         A.    Sorry.
25               I don't have the card.
```

1                        M. BUISSON

2                MS. VALASSIS:   I will ask that

3           we leave a blank in the record for

4           that.

5           _____

6           _____.

7           Q.    If you can find that out later,

8    I will ask that you fill that in.

9           A.    Okay.

10          Q.    How long after the accident did

11   you follow up with physical therapy?

12          A.    The next day.

13          Q.    Had you ever treated at that

14   facility in the past?

15          A.    No.

16          Q.    Did anyone refer to you that

17   facility?

18          A.    Yes, a neighbor.

19          Q.    What is the name of your

20   neighbor?

21          A.    Carol.

22                I don't know her last name.

23                MS. VALASSIS:   I will ask that

24          we leave a blank in the record for

25          that.

1                     M. BUISSON

2           _____

3           _____.

4           Q.    If you can find that out later,

5    I will ask that you fill that in.

6           A.    Okay.

7           Q.    What part of your body did you

8    receive the physical therapy to?

9           A.    Shoulders, neck, back, ankle.

10          Q.    Anywhere else?

11          A.    That is it.

12          Q.    Did you receive any physical

13   therapy to your knees?

14          A.    Yes.  They did, they did the

15   knees.

16          Q.    How often were you receiving

17   the physical therapy when you first

18   started?

19          A.    Three to four times a week.

20          Q.    Are you still treating there

21   now?

22          A.    Yes.

23          Q.    How often do you go now?

24          A.    Same.

25                Three to four, sometimes five.

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM INDEX NO. 521973/2018

NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 29 of 47 PageID #: 35
RECEIVED NYSCEF: 01/27/2021

28

```
 1                    M. BUISSON

 2        Q.    Did the physical therapy

 3   facility take any x-rays?

 4        A.    No.

 5        Q.    Were you sent out for x-rays?

 6        A.    Just MRIs.

 7        Q.    Where were the MRIs taken, what

 8   facility?

 9        A.    I don't know the name.  I can

10   find out.

11             MS. VALASSIS:   I will ask that

12        we leave a blank in the record for

13        that.

14        _____

15        _____.

16        Q.    If you can find that out later,

17   I will ask that you fill that in.

18        A.    Okay.

19        Q.    Were you told the results of

20   the MRI?

21        A.    Yes.

22        Q.    What were you told?

23        A.    Some disc herniations, a torn

24   rotator cuff, fractured ankle, tissue

25   damage on both the right and left shoulder,
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM    INDEX NO. 521973/2018

NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 30 of 47 PageID #: 36    RECEIVED NYSCEF: 01/27/2021

29

```
 1                       M. BUISSON

 2    a couple herniated discs from like my neck

 3    and my lumbar region.

 4              That is all I remember.

 5         Q.    Where was the torn rotator

 6    cuff?

 7         A.    Right shoulder.

 8              MS. BLOOM:   Were those the

 9         result of the MRI?

10              THE WITNESS:   Yes.

11         Q.    Are you right- or left-handed?

12         A.    Right-handed.

13              MS. BLOOM:   Did you mention

14         the ankle fracture?

15              THE WITNESS:   Yes.

16              MS. BLOOM:   Sorry.

17         Q.    Were you given any cast or

18    brace by the physical therapy facility?

19         A.    Yes.

20         Q.    What was it?

21         A.    A neck brace, a shoulder,

22    something for the shoulder.

23         Q.    Was it a sling?

24         A.    Yes.

25         Q.    Okay.
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM    INDEX NO. 521973/2018

NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 31 of 47 PageID #: 37    RECEIVED NYSCEF: 01/27/2021

30

```
 1                        M. BUISSON

 2          A.     An Ace bandage, foam, cushion,

 3     chair cushions, mattress comforter for when

 4     I sleep.

 5                 Those types of things.

 6          Q.     Were you given anything for

 7     your ankle?

 8          A.     I think that is what the

 9     bandage was for, the Ace bandage.

10          Q.     How long did you wear that Ace

11     bandage for?

12          A.     I wear it every day.

13          Q.     How long did you use the neck

14     brace for?

15          A.     I sleep with it every night.

16          Q.     How long did you use the sling

17     for?

18          A.     About two weeks.

19          Q.     Did anyone from the physical

20     therapy facility prescribe medication?

21          A.     No.

22          Q.     Was surgery recommended for

23     any part of your body relating to the

24     accident?

25          A.     Yes.
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM    INDEX NO. 521973/2018
NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 32 of 47 PageID #: 38    RECEIVED NYSCEF: 01/27/2021

31

1                          M. BUISSON

2          Q.     For what part?

3          A.     Shoulders, the rotator cuff

4    and herniated disc.

5          Q.     Was surgery recommended for

6    your neck, back or both?

7          A.     Both.

8          Q.     I want to clarify.

9                 Was surgery recommended for

10   one shoulder or both?

11         A.     Both shoulders.

12         Q.     Were you given a diagnosis for

13   your left shoulder?

14         A.     Just torn tissues.

15         Q.     Have you received surgery?

16         A.     It is coming up.

17         Q.     How many surgeries will you

18   have?

19         A.     It is looking like maybe

20   three.

21         Q.     For which parts of the body?

22         A.     Right shoulder, left shoulder

23   and -- I am guessing the back will be

24   classified as one.

25         Q.     Is there a date scheduled

```
 1                      M. BUISSON

 2    for any of the surgeries at this

 3    time?

 4         A.    The first surgery I believe

 5    is in two weeks if I am not mistaken.

 6              I do not know the exact date.

 7         Q.    Do you know the name of the

 8    doctor that is going to conduct the

 9    surgery?

10         A.    I believe Dr. McMahon.

11         Q.    Have you seen that doctor at

12    all so far?

13         A.    Yes.

14         Q.    How many visits have you had?

15         A.    One.

16         Q.    What did Dr. McMahon do for you

17    on that visit?

18         A.    He got the results of my MRI,

19    went over it.

20              He also discussed exactly the

21    potential of doing the surgery or not doing

22    the surgery.

23              He also discussed exactly what

24    happens when the tissue gets damaged and

25    just kind of went over exactly what those
```

1                        M. BUISSON

2    types of tissue damages can do for me and

3    et cetera.

4         Q.    For which part of the body will

5    the surgery be?

6         A.    The right shoulder and left

7    shoulder.

8         Q.    Are they doing both the same

9    day?

10        A.    Two weeks apart I will do them.

11        Q.    Did you have any consultations

12   with anyone regarding back surgery?

13             Did you see a specialist?

14        A.    Not yet.

15        Q.    At this time, is there any

16   appointment or plan to follow up with a

17   back specialist?

18        A.    Yes.

19        Q.    Were you given the name of a

20   doctor?

21        A.    No.

22        Q.    Is there an appointment

23   scheduled at this time?

24        A.    There is, but I had have an

25   appointment that day, so I am trying to

```
 1                    M. BUISSON
 2    change it for the next week but there is
 3    one.
 4         Q.    Did you treat with any other
 5    doctor, hospital, facility relating to the
 6    accident?
 7         A.    No.
 8         Q.    Is there any other medical
 9    treatment that you received relating to
10    accident, other than what you already
11    mentioned?
12         A.    No.
13         Q.    Did Dr. McMahon prescribe any
14    medication?
15         A.    No.
16         Q.    Did Dr. McMahon give you any
17    sling or brace to wear?
18         A.    No.
19         Q.    Other than continuing physical
20    therapy and following up for the surgery,
21    do you have any other plans for further
22    treatment at this time relating to the
23    accident?
24         A.    Just between therapy and
25    surgery, those are just about it.
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM          INDEX NO. 521973/2018
NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 36 of 47 PageID #: 42
                                                                RECEIVED NYSCEF: 01/27/2021

35

```
 1                      M. BUISSON
 2          Q.     Currently, what medical
 3    complaints do you have relating to the
 4    accident?
 5                  What part of your body?
 6          A.     Neck pain, both shoulders,
 7    back, especially from upper to mid-back.
 8                  I get like tingling feelings,
 9    like pins and needles.
10          Q.     Where?
11          A.     Down my arms, down my arms.
12                  Right ankle is in pain.
13                  In the morning sometimes, both
14    my knees get stiff when I get out of bed.
15    I have to move them a little bit.
16                  And like I guess lifting and
17    like dressing and stuff like that causes
18    discomfort, too.
19          Q.     How often does your neck bother
20    you?
21          A.     Every day.
22          Q.     How often does your back bother
23    you?
24          A.     Every day.
25          Q.     How often do your shoulders
```

```
 1                    M. BUISSON
 2   bother you?
 3          A.    Every day.
 4          Q.    How often does your ankle
 5   bother you?
 6          A.    Every day.
 7          Q.    How often do your knees bother
 8   you?
 9          A.    Every day.
10          Q.    On a scale from one ten, ten
11   being the highest, what would you say your
12   rate of pain is in your neck?
13          A.    Ten.
14          Q.    How would you rate the pain in
15   your back?
16          A.    Ten.
17          Q.    How would you rate the pain in
18   your shoulders?
19          A.    Ten.
20          Q.    How would you rate the pain in
21   your ankle?
22          A.    Ten.
23          Q.    And your knees?
24          A.    Ten.
25          Q.    Are there any activities
```

```
 1                    M. BUISSON
 2    now that you cannot do because of the
 3    accident?
 4         A.    I used to exercise, like run on
 5    the treadmill.
 6              I can't do that.  I can't lift
 7    weights.
 8              My patients at work, because I
 9    am a nurse, I was used to lifting and
10    turning them and I can't do that anymore.
11              I can't walk for a long time
12    because my back starts to hurt.
13              But I also can't sit for a long
14    time because it is like I have to stand for
15    a minute and sit for a minute.
16              I can't stand or sit in a
17    certain positions for a while or I will
18    start feeling pain.
19         Q.    Are there any activities that
20    you have trouble doing or cannot do as well
21    as you used to?
22         A.    My work.
23              Just not being able to lift or
24    assist with my patients when they need help
25    with doing something, with an ADL.
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM    INDEX NO. 521973/2018
NYSCEF DOC. NO. 25    Case 1:21-cv-02534-AMD-LB    Document 1-1    Filed 05/06/21    Page 39 of 47 PageID #: 45    RECEIVED NYSCEF: 01/27/2021

38

```
 1                    M. BUISSON

 2                    Exercising, I can't lift up

 3       certain weights and stuff.

 4            Q.    Where would you work out before

 5       the accident?

 6            A.    Blink, it's a gym on Flatbush.

 7            Q.    How often were you going to the

 8       gym before the accident?

 9            A.    Like three times a week.

10            Q.    Have you been back at all since

11       the accident?

12            A.    No.

13            Q.    What was your height and weight

14       at the time of the accident?

15            A.    I am 5'6" and a half and I

16       believe that I was two-hundred and five.

17            Q.    Was there any change in your

18       weight after the accident?

19            A.    I would say yes.

20                    I think I lost a little bit of

21       weight.

22            Q.    Do you know what your weight is

23       now?

24            A.    I would hope one-hundred and

25       ninety five or something.
```

```
  1                    M. BUISSON
  2        Q.    Have you been involved in any
  3   other car accidents, aside from this?
  4        A.    No.
  5        Q.    Before this accident, did you
  6   have any prior injury or treatment to your
  7   neck or back?
  8        A.    No.
  9        Q.    Before this accident, did you
 10   have any prior injury or treatment
 11   shoulder, right ankle or right foot?
 12        A.    No.
 13        Q.    Before this accident, did you
 14   have any prior injury or treatment to your
 15   knees?
 16        A.    No.
 17        Q.    Did you have any complaints
 18   regarding these parts of the body prior to
 19   the accident?
 20        A.    No.
 21        Q.    After this accident, did you
 22   have any further injuries to the same parts
 23   of the body?
 24        A.    No.
 25        Q.    Other than this case, have you
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 41 of 47 PageID #: 47

40

```
 1                    M. BUISSON
 2   brought any other claims or lawsuits
 3   against the City of New York, the State of
 4   New York, or any New York City or state
 5   agencies?
 6          A.    No.
 7          Q.    Was there any period of time
 8   after the accident that you were confined
 9   to your bed where you didn't get out of
10   your bed because of your injuries?
11          A.    Yes.
12          Q.    How long was that?
13          A.    I would say the first maybe
14   three or four days.
15          Q.    After that, was there any
16   period of time that you did not leave your
17   home, other than just going for medical
18   treatment and coming straight home?
19          A.    Yes.
20          Q.    How long was that?
21          A.    I would say a couple days, just
22   not being able to go out, because of pain,
23   not wanting to get in a car and stuff like
24   that.
25          Q.    Can you estimate how many days,
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM          INDEX NO. 521973/2018
NYSCEF DOC. NO. 25     Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 42 of 47 PageID #: 48     RECEIVED NYSCEF: 01/27/2021

41

```
 1                      M. BUISSON

 2      approximately?

 3            A.    Five days or so, I would say.

 4            Q.    Do you receive Medicare or

 5      Medicaid?

 6            A.    No.

 7            Q.    In the first few months after

 8      the accident, were there other activities

 9      that you could not do for a period of time

10      that you are able to do now?

11            A.    No.

12            Q.    Have you had any out-of-pocket

13      expenses for medical treatment relating to

14      the accident?

15            A.    No.

16                  MS. VALASSIS:   Let's go off

17             the record.

18                  (Whereupon, an off-the-record

19             discussion was held.)

20                  MS. VALASSIS:   Back on the

21             report.

22            Q.    Was there any defect with the

23      roadway that caused or contributed to the

24      accident?

25            A.    No.
```

Case 1:21-cv-02534-AMD-LB   Document 1-1   Filed 05/06/21   Page 43 of 47 PageID #: 49

```
 1                      M. BUISSON
 2          Q.    Was there any defect with
 3    traffic lights or traffic lines that caused
 4    or contributed to the accident?
 5          A.    No.
 6          Q.    Was there any defect or problem
 7    with lighting that caused or contributed to
 8    the accident?
 9          A.    No.
10          Q.    Were there any other vehicles
11    involved in the accident?
12          A.    Aside from our vehicle and --
13          Q.    Yes?
14          A.    That is it.
15          Q.    Just those two?
16          A.    Yes.
17          Q.    Do you know what insurance
18    company insured the Uber vehicle?
19          A.    No.
20          Q.    Was any specific treatment
21    recommended by the emergency room, as far
22    as follow-up treatment?
23          A.    Just pain management, rest.
24          Q.    Were you told to follow up with
25    any specific provider?
```

```
 1                         M. BUISSON

 2          A.      Yes.

 3                  Whether it is my doctor, if any

 4     pain continues.

 5          Q.      Who sent you for the MRI?

 6          A.      The therapy place.

 7          Q.      Did you have any tingling in

 8     your arms before the accident?

 9          A.      No.

10          Q.      Did you have any prior injury

11     or treatment to your arms before the

12     accident?

13          A.      No.

14                  MS. VALASSIS:   Off the record.

15                  (Whereupon, an off-the-record

16            discussion was held.)

17                  MS. VALASSIS:  Back on the

18            record.

19                  Thank you.

20                  I have no further questions.

21                  I will ask that the

22            authorizations for medical treatment

23            and No-Fault records are forwarded by

24            the Claimant's counsel to the

25            Comptroller's office and the hearing
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM          INDEX NO. 521973/2018
NYSCEF DOC. NO. 25          RECEIVED NYSCEF: 01/27/2021

```
1                    M. BUISSON

2       will be deemed open until received.

3               MS. BLOOM:    Thank you.

4               (Whereupon, at 4:20  P.M., the

5       Examination of this witness was

6       concluded.)

7

8               o        o        o        o

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FILED: KINGS COUNTY CLERK 01/27/2021 09:59 PM
INDEX NO. 521973/2018
NYSCEF DOC. NO. 25
RECEIVED NYSCEF: 01/27/2021

```
 1                    M. BUISSON

 2              D E C L A R A T I O N

 3

 4        I hereby certify that having been

 5   first duly sworn to testify to the truth, I

 6   gave the above testimony.

 7

 8        I FURTHER CERTIFY that the foregoing

 9   transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14            _____

15                 MELISSA BUISSON

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20____.

20

21

22        _____
           NOTARY PUBLIC

23

24

25
```

```
 1                      M. BUISSON

 2              C E R T I F I C A T E

 3

 4    STATE OF NEW YORK        )
                              :  SS.:
 5    COUNTY OF NEW YORK       )

 6

 7      I, JENIFER PENNLINE, a Notary Public for

 8    and within the State of New York, do hereby

 9    certify:

10      That the witness whose examination is

11    hereinbefore set forth was duly sworn and

12    that such examination is a true record of

13    the testimony given by that witness.

14      I further certify that I am not related

15    to any of the parties to this action by

16    blood or by marriage and that I am in no

17    way interested in the outcome of this

18    matter.

19      IN WITNESS WHEREOF, I have hereunto set

20    my hand this 24th day of September 2018.

21

22

23    _____
                 JENIFER PENNLINE
24

25
```