UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X   21-CV-02534
  MELISSA BUISSON,

                       Plaintiff,        **NOTICE OF APPEARANCE**

      -against-        **& JURY DEMAND**

  UBER TECHNOLOGIES, INC. and UBER USA, LLC,

                       Defendants,
---------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Plaintiff hereby appears by her attorney, LAW OFFICES OF BRYAN BARENBAUM and demands trial by jury.


Dated: Brooklyn, New York
       May 19, 2021

                                             Yours, etc.,

                                             _____/s/_____
                                             Bryan Barenbaum, Esq. (BB5270)
                                             LAW OFFICES OF BRYAN BARENBAUM
                                             Attorneys for Plaintiff,
                                             2060 Eastern Parkway
                                             Brooklyn, New York 11207
                                             (718) 421-1111
                                             BarenbaumEsq@gmail.com