# COUGHLIN BETKE LLP

**175 FEDERAL STREET**
**BOSTON, MASSACHUSETTS 02110**

TELEPHONE: 617-988-8050
FACSIMILE: 617-988-8005

*Please send all correspondence to our Boston office for scanning.*

Andrew Ferguson, Esq.  Direct Dial Number: (617) 988-8039
Admitted in MA, NH, RI and NY  Email: aferguson@coughlinbetke.com

June 11, 2021

*Via ECF*
Honorable Ann M. Donnelly
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Magistrate Judge Taryn A. Merkl
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re: <u>Buisson v. Uber Technologies, Inc. et al</u>
*United States District Court for the Eastern District of New York, No. 1:21-cv-02534-AMD-LB*

Dear Judge Donnelly and Magistrate Judge Merkl:

    In accordance with Magistrate Judge Bloom's directive at the initial conference held on June 3, 2021, I write on behalf of the parties to advise that the parties have conferred and agreed to arbitrate this matter before the American Arbitration Association under the Federal Arbitration Act, 9 U.S.C. § 2 *et seq.*, and the Agreement to Binding Arbitration between Plaintiff Melissa Buisson and Uber USA, LLC and Uber Technologies, Inc. dated December 13, 2017 ("Arbitration Agreement") set forth in the Terms of Use to which the Plaintiff entered when registering for an Uber account with the Uber App. As a result, the Plaintiff will not be filing a motion to remand, and the Defendants will not be filing a motion to compel arbitration.

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | NEW YORK |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |

Honorable Ann M. Donnelly
Magistrate Judge Taryn A. Merkl
June 11, 2021
2 of 2

      Please advise if you require anything further from the parties at this time.

      Thank you for your consideration.

Respectfully submitted,

DEFENDANTS,
UBER TECHNOLOGIES, INC., UBER USA, LLC
By its attorneys,

/s/ Andrew R. Ferguson
Andrew R. Ferguson (AF5154)
Coughlin Betke LLP
1330 Avenue of the Americas
Suite 23A
New York, NY 10019
212-653-0380
aferguson@coughlinbetke.com

PLAINTIFF,
MELISSA BUISSON,
By her attorney,

/s/ Bryan Barenbaum
Bryan Barenbaum, Esq.
Law Offices of Bryan Barenbaum
2060 Eastern Parkway
Brooklyn, NY 11207
T.: 718-421-1111
E.: Bryan@BrooklynJustice.com

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | NEW YORK |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |